**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

DAVID KOVACS, RUSSELL ALESI, JULIAN
DUCHEINE and DEMIAN LICHTENSTEIN,

       Plaintiffs,

    v.

DAVID MORADI, DR. CARR BETTIS, JASON
HUMBLE, JAMIL TAHIR, JAMES HAWKINS,
DR. KATHERINE FLEMING, TONY COELHO,
KELLY GEORGEVICH, JAMES SPOLAR,
MALONEBAILEY LLC, AUDIOEYE, INC. and
JOHN DOE 1-50,

       Defendants,

    and

ETERNAL SOURCES TECH PARTNERS LLC,
FIRST CONTACT ENTERTAINMENT, INC.,
FORMULUS BLACK, INC.,

       Nominal Defendants.

Case No. 25-CV-10336

**(ORAL ARGUMENT REQUESTED)**

---

**NOTICE OF DEFENDANTS AUDIOEYE, INC. AND DAVID MORADI'S**
**MOTION TO DISMISS THE COMPLAINT**

**PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law in Support, dated February 27, 2026, the Declaration of Adam Abensohn, dated February 27, 2026 and the Exhibits thereto, and all prior pleadings and proceedings herein, Defendants AudioEye, Inc. and David Moradi ("Defendants"), by and through undersigned counsel, Quinn Emanuel Urquhart & Sullivan LLP, will move this Court, before the Honorable Paul Oetken, United States District Judge, at the Thurgood Marshall United States Courthouse, at 40 Foley Square, New York, New York 10007, at a date and time to be set by the Court, for an order pursuant to Federal Rules

of Civil Procedure 12(b)(6) and 23.1(b) dismissing the Complaint with prejudice, and for such

other and further relief the Court deems just and proper.

Respectfully submitted,

**QUINN EMANUEL URQUHART
& SULLIVAN, LLP**

Dated: February 27, 2026
     New York, New York    By:   */s/ Adam M. Abensohn*
                                     Adam M. Abensohn
                                     Corey Worcester
                                     295 Fifth Avenue
                                     New York, New York 10016
                                     Telephone: (212) 849-7000
                                     Email: adamabensohn@quinnemanuel.com
                                              coreyworcester@quinnemanuel.com

                                   *Attorneys for Defendants*
                                   *AudioEye, Inc. and David Moradi*