**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

DAVID KOVACS, RUSSELL ALESI, JULIAN DUCHEINE and DEMIAN LICHTENSTEIN,

          Plaintiffs,

   v.

DAVID MORADI, DR. CARR BETTIS, JASON HUMBLE, JAMIL TAHIR, JAMES HAWKINS, DR. KATHERINE FLEMING, TONY COELHO, KELLY GEORGEVICH, JAMES SPOLAR, MALONEBAILEY LLC, AUDIOEYE, INC. and JOHN DOE 1-50,

          Defendants,

   and

ETERNAL SOURCES TECH PARTNERS LLC, FIRST CONTACT ENTERTAINMENT, INC., FORMULUS BLACK, INC.,

          Nominal    Defendants.

**Case No. 25-CV-10336**

**(ORAL ARGUMENT REQUESTED)**

---

**DECLARATION OF ADAM M. ABENSOHN IN**
**SUPPORT OF DEFENDANTS AUDIOEYE, INC. AND**
**DAVID MORADI'S MOTION TO DISMISS**

I, Adam M. Abensohn, declare under the penalty of perjury, pursuant to 18 U.S.C. § 1746 that:

1.      I am an attorney admitted to practice before the courts of the State of New York and Southern District of New York and am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendants AudioEye, Inc. ("AudioEye") and David Moradi in the above-captioned case, and as such am familiar with the facts and circumstances set forth herein.

2.      I submit this declaration in support of the Defendants AudioEye and David Moradi's Motion to Dismiss.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of the Amended Complaint in the action *Kovacs v. AudioEye, Inc. et al.* (Index No. 651810/2024), in the Supreme Court of the State of New York, which was filed on behalf of Plaintiff David Kovacs on June 26, 2024.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of the Order Granting Defendants AudioEye and David Moradi's Motion to Amend their Complaint to Add a Claim for Punitive Damages issued by the Court (Hon. Vivianne Del Rio) in *AudioEye, Inc., et. al. v. David Kovacs*, Case No. 2024-006401-CA-01 ("Florida Litigation") on January 12, 2026.

5.      Attached hereto as **Exhibit 3** is a true and correct copy of Mr. Kovacs' Opposition to AudioEye and David Moradi's Motion to Amend Complaint to Add Claim for Punitive Damages filed on behalf of Plaintiff David Kovacs in the Florida Litigation on December 19, 2025.

6.      Attached hereto as **Exhibit 4** is a true and correct copy of the Certificate of Cancellation of Eternal Sources Tech Partners, LLC issued by the Delaware Secretary of State on December 13, 2024.

WHEREFORE, I respectfully request the Court grants Defendants' AudioEye and David Moradi's Motion to Dismiss and grant them such any and other further relief that is just and equitable.

I declare under penalty of perjury that the foregoing is true an correct.

Executed on this 27th day of February, 2026.

/s/  *Adam M. Abensohn*
Adam M. Abensohn