UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X
                                      :

DAVID KOVACS, RUSSELL ALESI, JULIAN   :   No. 25-cv-10336 (JPO)
DUCHEINE and DEMIAN LICHTENSTEIN,   :

                                        :

                Plaintiffs,   :   **NOTICE OF MOTION TO**
                                        :   **DISMISS THE COMPLAINT**
            v.                   :

                                        :

DAVID MORADI, DR. CARR BETTIS, JASON   :
HUMBLE, JAMIL TAHIR, JAMES HAWKINS, DR.  :
KATHERINE FLEMING, TONY COELHO, KELLY  :
GEORGEVICH, JAMES SPOLAR, MALONEBAILEY :
LLC, AUDIOEYE, INC. and JOHN DOE 1-50,   :

                                        :

                Defendants,   :

                                        :

        and                   :

                                        :

ETERNAL SOURCES TECH PARTNERS LLC, FIRST :
CONTACT ENTERTAINMENT, INC., FORMULUS :
BLACK, INC.,   :

                                        :

           Nominal Defendants,   :

                                        :

------------------------------------------------------------------------ X

      **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law dated February 27, 2026, the Declaration of Jason J. Humble dated February 27, 2026, and the exhibits attached thereto, the Declaration of Grant A. Shehigian dated February 27, 2026, and the exhibit attached thereto, and all prior pleadings and proceedings had herein, Defendant Jason Humble, by his attorneys, will move this Court, before the Honorable J. Paul Oetken, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 706, New York, New York 10007, on a date and at a time to be set by the Court, for an Order dismissing the

Complaint with prejudice as against Mr. Humble pursuant to Fed. R. Civ. P. 12(b)(6), and granting

such other and further relief as the Court may deem just and proper.

Dated:  New York, New York
        February 27, 2026

DORF NELSON & ZAUDERER LLP

By:    /s/ Grant A. Shehigian
        Grant A. Shehigian
90 Park Avenue
New York, New York  10016
Tel:  (212) 485-0005; Fax:  (212) 922-9072
gshehigian@dorflaw.com

*Attorneys for Defendant Jason Humble*