**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| DAVID KOVACS, RUSSELL ALESI, JULIAN DUCHEINE and DEMIAN LICHTENSTEIN,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID MORADI, DR. CARR BETTIS, JASON HUMBLE, JAMIL TAHIR, JAMES HAWKINS, DR. KATHERINE FLEMING, TONY COELHO, KELLY GEORGEVICH, JAMES SPOLAR, MALONEBAILEY LLC, AUDIOEYE, INC. and JOHN DOE 1-50,<br><br>Defendants,<br><br><br>and<br><br><br>ETERNAL SOURCES TECH PARTNERS LLC, FIRST CONTACT ENTERTAINMENT, INC., FORMULUS BLACK, INC.,<br><br><br>Nominal Defendants. | **Case No. 25-CV-10336** |

**JOINT STIPULATION ON BRIEFING  SCHEDULE FOR**
**DEFENDANTS' REPLY MEMORANDA OF**
**LAW IN SUPPORT OF THEIR MOTIONS TO DISMISS**

1

**WHEREAS** Defendants AudioEye, Inc., David Moradi, Jason Humble, and Carr Bettis ("Defendants") filed Motions to Dismiss (Dkt Nos. 22, 25, 32) on February 27, 2026;

**WHEREAS** Plaintiffs David Kovacs, Russell Alesi, Julian Ducheine, and Demian Lichtenstein ("Plaintiffs") filed Opposition to the Motions to Dismiss (Dkt. Nos. 41, 42) on April 6, 2026;

**WHEREAS** Defendants' deadline for their Replies, absent an adjustment to the schedule, is April 13, 2026, pursuant to Local Civil Rule 6.1(b); and

**WHEREAS** the parties have agreed to modify the schedule for Defendants' Replies to accommodate certain of Defense Counsel's preexisting obligations;

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs and Defendants, by their undersigned counsel, that Defendants' Reply Memoranda in Support of Their Motions to Dismiss shall be due on or before April 23, 2026;

An electronic/scanned copy of the signatures on this stipulation shall serve with the same force and effect as an original.

Dated: April 7, 2026
New York, NY


SO ORDERED

_____

So ordered.

Date: April 8, 2026

_____
J. PAUL OETKEN
United States District Judge

**JOHN H. SNYDER, PLLC**

/s/ *John H. Snyder*
John H. Snyder
157 East 81st Street #3A
New York, NY 10028
(917) 292-3081
john@jhs.nyc

*Attorney for Plaintiffs*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

/s/ *Adam M. Abensohn*
Adam M. Abensohn
Corey Worcester
295 Fifth Avenue
New York, NY 10016
212-849-7000
adamabensohn@quinnemanuel.com
coreyworcester@quinnemanuel.com

*Attorneys for Defendant David Moradi*

**HERRICK, FEINSTEIN LLP**

/s/ *John H. Chun*
John H. Chun
2 Park Ave
New York, New York 10016
212-592-1400
jchun@herrick.com

*Attorney for Defendant Carr Bettis*

**DORF NELSON & ZAUDERER LLP**


By: /s/ *Grant A. Shehigan*
Grant A. Shehigan
90 Park Avenue
New York, New York 10016
Tel: (212) 485-0005; Fax: (212) 922-9072
gshehigian@dorflaw.com

*Attorneys for Defendant Jason Humble*