**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

DAVID KOVACS, RUSSELL ALESI, JULIAN
DUCHEINE and DEMIAN LICHTENSTEIN,

        Plaintiffs,

    v.

DAVID MORADI, DR. CARR BETTIS, JASON
HUMBLE, JAMIL TAHIR, JAMES HAWKINS,
DR. KATHERINE FLEMING, TONY COELHO,
KELLY GEORGEVICH, JAMES SPOLAR,
MALONEBAILEY LLC, AUDIOEYE, INC. and
JOHN DOE 1-50,

        Defendants,


    and

ETERNAL SOURCES TECH PARTNERS LLC,
FIRST CONTACT ENTERTAINMENT, INC.,
FORMULUS BLACK, INC.,

        Nominal Defendants.

Case No. 25-CV-10336

**(ORAL ARGUMENT REQUESTED)**

---

### NOTICE OF DEFENDANTS AUDIOEYE, INC. AND DAVID MORADI'S MOTION FOR RULE 11 SANCTIONS

**PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law in Support, dated April 13, 2026, the Declaration of Adam Abensohn, dated April 13, 2026 and the Exhibits thereto, and all prior pleadings and proceedings herein, Defendants AudioEye, Inc. and David Moradi ("Defendants"), by and through undersigned counsel, Quinn Emanuel Urquhart & Sullivan LLP, will move this Court, before the Honorable Paul Oetken, United States District Judge, at the Thurgood Marshall United States Courthouse, at 40 Foley Square, New York, New York 10007, at a date and time to be set by the Court, to impose sanctions against David Kovacs

and his counsel, John H. Snyder, pursuant to Federal Rule of Civil Procedure 11, 28 U.S.C. Section 1927, and the Court's inherent authority, including a full award of attorneys' fees and costs incurred in defending this action and bringing this motion, and for such other and further relief the Court deems just and proper.

Respectfully submitted,

**QUINN EMANUEL URQUHART**
**& SULLIVAN, LLP**

Dated:  April 13, 2026
     New York, New York

By:   /s/ Adam Abensohn

Adam M. Abensohn
Corey Worcester
295 Fifth Avenue
New York, New York 10016
Telephone: (212) 849-7000
Email: adamabensohn@quinnemanuel.com
     coreyworcester@quinnemanuel.com

*Attorneys for Defendants*
*AudioEye, Inc. and David Moradi*