UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID KOVACS, RUSSELL ALESI, JULIAN DUCHEINE and DEMIAN LICHTENSTEIN, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID MORADI, DR. CARR BETTIS, JASON HUMBLE, JAMIL TAHIR, JAMES HAWKINS, DR. KATHERINE FLEMING, TONY COELHO, KELLY GEORGEVICH, JAMES SPOLAR, MALONEBAILEY LLC, AUDIOEYE, INC. and JOHN DOE 1-50, <br><br> Defendants, <br><br> and <br><br> ETERNAL SOURCES TECH PARTNERS LLC, FIRST CONTACT ENTERTAINMENT, INC., FORMULUS BLACK, INC., <br><br> Nominal Defendants. | Case No. 25-CV-10336 (JPO) <br><br> NOTICE OF PLAINTIFFS' MOTION TO COMPEL AUDIOEYE, INC. TO RETAIN UNCONFLICTED COUNSEL <br><br> (ORAL ARGUMENT REQUESTED) |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support, dated May 26, 2026, and Schedule A thereto; the Declaration of John H. Snyder, dated May 26, 2026; and all accompanying papers, upon all prior pleadings and proceedings on the docket of this action, and upon the publicly available filings of AudioEye, Inc. with the Securities and Exchange Commission on EDGAR, Plaintiffs David Kovacs, Russell Alesi, Julian Ducheine, and Demian Lichtenstein, by and through undersigned counsel, John H. Snyder PLLC, will move this Court, before the Honorable J. Paul Oetken, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, at a date and time to be set by the Court, for an order pursuant to Federal Rule of Civil Procedure 23.1(c) and the Court's inherent authority to manage the proceedings before it:

1

(i) directing AudioEye, Inc. to retain independent corporate counsel – counsel independent of David Moradi, Kelly Georgevich, and Jamil Tahir, and of Quinn Emanuel Urquhart & Sullivan, LLP and Brodsky Fotiu-Wojtowicz, PLLC – to evaluate and act on AudioEye's behalf with respect to the derivative claims asserted in this action;

(ii) providing that no settlement, voluntary dismissal with prejudice, compromise, release, or Rule 23.1(c) submission regarding the derivative claims be executed, noticed, or presented to this Court until AudioEye's independent counsel has first evaluated the proposed disposition and appeared on AudioEye's behalf;

(iii) directing that notice of this action and of the Court's order be given to AudioEye's shareholders of record, in a form and by a method approved by the Court;

(iv) providing that, should the Court permit the derivative claims to be dismissed or compromised for no consideration to AudioEye, any such dismissal or compromise be without prejudice to AudioEye and to any other AudioEye shareholder who may elect to assert those claims; and

(v) granting such other and further relief as the Court deems just and proper.

Nothing in the requested order would disqualify Quinn Emanuel Urquhart & Sullivan, LLP from continuing to represent Mr. Moradi in his individual capacity.

Pursuant to the Court's Individual Practices, any opposing papers are to be served and filed in accordance with the schedule set by the Local Civil Rules or as otherwise ordered by the Court.

Dated:    New York, New York
          May 26, 2026

Respectfully submitted,

JOHN H. SNYDER PLLC

_____
John H. Snyder, Esq.
157 East 81st Street, Suite 3A
New York, NY 10028
(917) 292-3081
john@jhs.nyc

*Counsel for Plaintiffs*