UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL KOVACS, derivatively on behalf of
AUDIOEYE, INC.; RUSSELL G. ALESI,
derivatively on behalf of AUDIOEYE, INC.;
and DAVID KOVACS, individually,
    *Plaintiffs,*
      v.
DAVID MORADI; SERO CAPITAL LLC;
DR. CARR BETTIS; CSB IV US
HOLDINGS LLC; JAMIL TAHIR;
TURNMARK PARTNERS L.P.; KELLY
GEORGEVICH; and JASON HUMBLE,
    *Defendants,*
    and
AUDIOEYE, INC., Defendant and Nominal
Defendant.

Case No. 25-CV-10336 (JPO)

NOTICE OF MOTION FOR LEAVE
TO FILE AMENDED COMPLAINT
AND RELATED RELIEF

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law; the Declaration of John H. Snyder; the Declaration of Daniel Kovacs and his Verification under Federal Rule of Civil Procedure 23.1; the Declaration of Russell G. Alesi and his Verification under Federal Rule of Civil Procedure 23.1; the consents of Julian Ducheine and Demian Lichtenstein to the dismissal without prejudice of the derivative claims asserted on behalf of Formulus Black and First Contact; the proposed Amended Complaint and the redline against the original Complaint submitted herewith in accordance with the Court's Individual Rule 1(B); the [Proposed] Order submitted herewith; the deposition transcripts of David Moradi and Kelly Georgevich in the related Florida action, which remain subject to amendment through the "read and sign" process and have not been filed; and all prior pleadings and proceedings in this action, Plaintiffs, and proposed plaintiff Daniel Kovacs, will move this Court, before the Honorable J. Paul Oetken, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, at a date and time to be set by the Court, for an order:

1

1.  granting Plaintiffs leave under Federal Rules of Civil Procedure 15(a)(2) and 21 to file the proposed Amended Complaint submitted with the motion as Exhibit A;

2.  approving, under Federal Rule of Civil Procedure 23.1(c) and to the extent required, the dismissal without prejudice of the derivative claims asserted in the original Complaint on behalf of Eternal Sources Tech Partners, LLC, Formulus Black, and First Contact Entertainment, and dispensing with notice of that dismissal because the dismissal is without prejudice, no consideration passes to any plaintiff or counsel, and no shareholder or member is prejudiced;

3.  in the alternative, granting proposed plaintiff Daniel Kovacs leave to intervene as a plaintiff under Federal Rule of Civil Procedure 24(b); and

4.  granting such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 6.1(b), any opposing papers shall be served within fourteen days after service of the moving papers, and any reply papers within seven days after service of the opposing papers, unless the Court directs otherwise.

Dated: New York, New York
       June 11, 2026

Respectfully submitted,

**JOHN H. SNYDER PLLC**

_____
John H. Snyder
157 East 81st Street, Suite 3A
New York, New York 10028
(917) 292-3081
john@jhs.nyc
*Counsel for Plaintiffs*

2