**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

DAVID KOVACS, *et al.*,

Plaintiffs,

-against-

25 **CIVIL** 10336 (JPO)

**JUDGMENT**

DAVID MORADI, et al.,

Defendants.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 10, 2026, Plaintiffs' motion for leave to amend the complaint is DENIED; accordingly, the case is closed.

**Dated:** New York, New York

November 12, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**