UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID KOVACS, *et al.*,
Plaintiffs,

-v-

DAVID MORADI, *et al.*,
Defendants.

25-CV-10336 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On November 10, 2026, this Court published an Opinion and Order denying Plaintiff David Kovacs's motion for leave to amend the complaint as futile and directing the Clerk of Court to enter judgment of dismissal. (ECF No. 85.) Sixteen minutes later, counsel for Kovacs filed a letter informing the Court that Daniel Kovacs—David Kovacs's brother, and the new proposed plaintiff contemplated in that motion—"no longer desires to pursue this matter." (ECF No. 86 at 1.) Counsel for the Kovacs brothers asked this Court to withdraw the motion for leave to amend accordingly. (*Id.*)

"The Court declines to permit withdrawal of the motion after its decision has been announced. It sees no proper purpose that would be served by allowing a litigant to seek a decision and, upon receiving it, wipe the slate clean." *Am. Home Assurance Co. v. Jacky Maeder (Hong Kong) Ltd.*, 969 F. Supp. 184, 192 (S.D.N.Y. 1997).

Kovacs's motion to withdraw is therefore DENIED as moot.

SO ORDERED.

Dated: November 18, 2026
New York, New York

J. PAUL OETKEN
United States District Judge